# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY ALLDAY, )<br>)<br>Plaintiff, )<br>)   Civil No. 2:11-cv-2262-KDE-ALC<br>v. )<br>)   NOTICE OF SETTLEMENT<br>WORLDWIDE RECOVERIES, LLC, )<br>)<br>Defendant. ) | |

NOW COMES the Plaintiff, JEFFREY ALLDAY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  September 20, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
4712 Purdue Drive
Metairie, LA 70003
kellimayon@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Scott Cass

scass@wwrecoveries.com

> By: /s/ Kelli Denise Mayon
> Kelli Denise Mayon
> Attorney for Plaintiff